IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                                          CRIMINAL NO. 3:14-cr-110-HTW-FKB-1

TRAVIS BUTLER

### MOTION TO CONTINUE TRIAL, UNOPPOSED

COMES NOW the defendant, Travis Butler, and respectfully moves this court to continue the trial scheduled for April 13, 2015, for the following reasons and in so doing waives his right to a Speedy Trial:

1.

The defendant, Travis Butler, is charged in a six-count indictment with violating 16 U.S.C. § 1538(a)(1)(B), Prohibited Acts - Endangered Species; 16 U.S.C.§ 1512(a)(1)(D), Prohibited Acts - Endangered Species; 18 U.S.C. § 1512(b)(2)(B), Intimidation or Force Against a Witness; 18 U.S.C. § 1512(k), Intimidation or Force Against a Witness; and 18 U.S.C. § 1001, Statements or Entries Generally.

2.

The Office of the Federal Public Defender was court appointed to represent the defendant, Travis Butler, on this indictment at an attorney appointment hearing on August 15, 2014.

3.

The defendant, Travis Butler, requests that the trial date scheduled for April 13, 2015, be continued to a date certain on the grounds that the Federal Public Defender's Office has a conflict with the current trial date.

4.

The Assistant United States Attorney, Darren LaMarca, Esq., has been contacted and has no objection to this motion.

WHEREFORE PREMISES CONSIDERED, the defendant respectfully requests that his MOTION FOR CONTINUANCE be granted and this matter reset for June 22, 2015, and any other relief the Court deems just and proper.

Respectfully submitted this the 30th day of March, 2015.

TRAVIS BUTLER, DEFENDANT


By:    Dennis Joiner
       Federal Public Defender

       *s/Michael L. Scott*
       Michael L. Scott
       Assistant Federal Public Defender
       Northern and Southern Districts of Mississippi
       200 South Lamar Street, Suite 200-N
       Jackson, MS 39201
       Telephone:  (601) 948-4284
       Facsimile:  (601) 948-5510

       *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, Michael L. Scott, do hereby certify that on the 30th day of March, 2015, I electronically filed

the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing

to Darren LaMarca, Esq., Assistant United States Attorney.


 s/Michael L. Scott
Michael L. Scott
*Assistant Federal Public Defender*